# UNITED STATES DISTRICT COURT
for the
Western District of Texas El Paso Division

**FILED**
May 22, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Adriana Quezada__
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) Case No. | **EP:25-MJ-2400-LE** |
| Francisco QUINTERO-Rosas | ) | |
| *Defendant(s)* | ) | |

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __05/13/2025__ in the county of __El Paso__ in the __Western District of Texas__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326 | defendant(s) did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557 |

This criminal complaint is based on these facts:
The DEFENDANT, Francisco QUINTERO-Rosas, an alien to the United States and a citizen of Mexico was found approximately 1.55 miles East of Bridge of the Americas Port of Entry in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT has been previously removed from the United States to Mexico on 12/13/2024 through Nogales, Arizona. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Continued on the attached sheet.

Complaint sworn to telephonically on __May 22, 2025__ at __02:37 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*

Maria I Parga Davis, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __May 22, 2025__

City and state: __El Paso, Texas__

*Judge's signature*

Laura Enriquez, U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Francisco QUINTERO-Rosas

PEPT# PEPT250501502

05/14/2025

FACTS     (CONTINUED)

Immigration History:
The DEFENDANT has been granted 2 voluntary departure(s), the last on December 30, 1999, through NOGALES, AZ
The DEFENDANT has been deported 1 time(s), the last one being to MEXICO on December 13, 2024, through NOGALES, AZ

Criminal History:
01/05/2011, Phoenix, Arizona, Criminal Trespass 3rd Degree(M), CNV, unknown.
08/14/2021, Phoenix, Arizona, Burglary 3rd Degree Unlawful Entry(F), ACC, unknown.
01/30/2024, Phoenix, Arizona, Prostitution(F), ACC, unknown.
01/30/2024, Phoenix, Arizona, Possession  Weapon by Prohibit Person(F), ACC, unknown.
01/30/2024, Phoenix, Arizona, Aggravated Assault Physical Injury(F), ACC, unknown.